UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
MOHAMED ABDELLATIF ABDELAZIZ          CASE NO. 20-10651
612 MEADE DRIVE                       JUDGE BENJAMIN A. KAHN
GREENSBORO, NC  27410

    DEBTOR

SSN(1) XXX-XX-5611                    DATE: 05/17/2021

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $1,133.07<br>INT:  .00%<br>NAME ID: 170495<br>CLAIM #:  0004 | (X) SPECIAL-UNSECURED<br><br>ACCT: 2001<br>COMMENT:  CLASS A,421OR |
| BANK OF AMERICA CORPORATION<br>ATTN OFFICER<br>100 N TRYON ST<br>CHARLOTTE, NC  28202 | $0.00<br>INT:  .00%<br>NAME ID: 172909<br>CLAIM #:  0006 | (U) UNSECURED<br>NOT FILED<br>ACCT: 9706<br>COMMENT: |
| BANK OF AMERICA NA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | $13,556.08<br>INT:  .00%<br>NAME ID: 173370<br>CLAIM #:  0005 | (X) SPECIAL-UNSECURED<br><br>ACCT: 9457<br>COMMENT:  CLASS A,421OR |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $370.66<br>INT:  .00%<br>NAME ID: 181492<br>CLAIM #:  0007 | (X) SPECIAL-UNSECURED<br><br>ACCT: 3454<br>COMMENT:  CLASS A,421OR |
| CHASE BANK USA NA<br>ATTN OFFICER<br>201 N WALNUT ST<br>WILMINGTON, DE  19801 | $0.00<br>INT:  .00%<br>NAME ID: 182920<br>CLAIM #:  0009 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0063<br>COMMENT: |
| DISCOVER BANK<br>P O BOX 3025<br>NEW ALBANY, OH  43054-3025 | $17,356.99<br>INT:  .00%<br>NAME ID: 119635<br>CLAIM #:  0011 | (X) SPECIAL-UNSECURED<br><br>ACCT: 4144<br>COMMENT:  CLASS A,421OR |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT:  .00%<br>NAME ID: 1159<br>CLAIM #:  0014 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID: 159804<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |

PAGE 2 - CHAPTER 13 CASE NO. 20-10651

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 5611<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $11,608.64<br>INT:  .00%<br>NAME ID: 177188<br>CLAIM #:  0008 | (X) SPECIAL-UNSECURED<br><br>ACCT: 1344<br>COMMENT:  CLASS A,421OR |
| KOTIS PROPERTIES INC<br>1410 MILL ST #102<br>GREENSBORO, NC  27408 | $0.00<br>INT:  .00%<br>NAME ID: 182921<br>CLAIM #:  0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $3,736.72<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0010 | (X) SPECIAL-UNSECURED<br><br>ACCT: 5505<br>COMMENT:  CLASS A,421OR |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 5611<br>COMMENT: |
| PNC BANK NA<br>P O BOX 94982<br>CLEVELAND, OH  44101 | $3,746.93<br>INT:  .00%<br>NAME ID: 172700<br>CLAIM #:  0012 | (X) SPECIAL-UNSECURED<br><br>ACCT: 1201<br>COMMENT:  CLASS A,421OR |
| **TOTAL:** | **$51,561.09** | |
| DAMON DUNCAN ESQ<br>628 GREEN VALLEY RD STE 304<br>GREENSBORO, NC  27408 | $2,000.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  05/17/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
   Attorney for Debtor - Electronic Notice